429 A.2d 54

Commonwealth v. Diggs, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., Chief, Appeals, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.